**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Katrina J., Michael W., and John Doe, Defendants,

Of Whom Katrina J. is the, Appellant,

In the interest of a minor under the age of eighteen (18) years.

Appellate Case No. 2011-204986

———————————

Appeal From Lexington County
Richard W. Chewning, III, Family Court Judge

———————————

Unpublished Opinion No. 2012-UP-349
Submitted May 1, 2012 – Filed June 6, 2012

———————————

**AFFIRMED**

———————————

John W. Carrigg, Jr., of Lexington, for Appellant.

Rose Mary McGregor, of the South Carolina Department of Social Services, of Lexington, for Respondent.

Margaret A. Collins, of Collins & Burkett Law Firm, LLC, of West Columbia, for Guardian ad Litem.

---

**PER CURIAM:** Katrina J. appeals from the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (2010). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**

**WILLIAMS, THOMAS, and LOCKEMY, JJ., concur.**